UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff<br><br>    v.<br><br>J. LARRY FUGATE, et al.,<br><br>    Defendants | CASE NO. 1:16-CV-0273 AWI MJS<br><br>ORDER ON STIPULATED DISMISSAL OF DEFENDANT GELT HOLDINGS, INC. dba Pizza Hut<br><br>(Doc. No. 8) |

    On April 7, 2016, Plaintiff filed a notice of dismissal without prejudice of Defendant Gelt Holdings, Inc. dba Pizza Hut. See Doc. No. 8. Because no answers were filed, the dismissal of Defendant Gelt Holdings, Inc. dba Pizza Hut occurred automatically. See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, Gelt Holdings, Inc. dba Pizza Hut is no longer a party to this action. The Court will order the Clerk to make the appropriate notation on the docket

    Accordingly, in light of Plaintiff's voluntary dismissal without prejudice (Doc. No. 8), the Clerk shall note that Defendant Gelt Holdings, Inc. dba Pizza Hut was terminated from this case as of April 7, 2016.

IT IS SO ORDERED.

Dated:   April 18, 2016                                   
                                                SENIOR  DISTRICT  JUDGE