1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE TRUJILLO,                          No. 1:16-CV-00273 AWI-MJS

12              Plaintiff,

13         v.                                 **ORDER RE: DISPOSITIVE DOCUMENTS**
                                              **AFTER NOTICE OF SETTLEMENT**
14    J. LARRY FUGATE, TRUSTEE OF
      THE J. LARRY FUGATE REVOCABLE
15    TRUST DATED MARCH 25, 2010,
      SOUTHERN PACPIZZA, LLC, DBA AS          **DISPOSITIVE DOCUMENTS SHALL BE**
16    PIZZA HUT,                              **FILED WITHIN 30 DAYS**

17              Defendants.                   **(ECF. 14)**

18

19         On June 20, 2016, Plaintiff, Jose Trujillo, notified the Court that the parties to the

20    above captioned matter have agreed to settle it in its entirety.  In accordance with the

21    provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all

22    dispositive documents be submitted no later than 30 days from the date of this Order. If

23    the parties conclude they cannot comply with this Order within the time allotted, they

24    shall, before expiration of that time, file a request for extension and include therein their

25    reasons for believing the Order cannot be complied with.

26    ///

27    ///

28
                                              1

1    Failure to comply with this order may be grounds for the imposition of sanctions

2  against anyone who contributes to its violation.

3    ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY

4  VACATED.

5

6  IT IS SO ORDERED.

7    Dated:    June 21, 2016              /s/ *Michael J. Seng*

8                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28