IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE TRUJILLO,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. LARRY FUGATE, Trustee of the J. LARRY FUGATE REVOCABLE TRUST dated March 25, 2010, et. al.,**<br><br>　　　　　　　　　　　　Defendant. | No. 1:16-cv-00273 AWI-SKO<br><br>**ORDER ENTERING DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

　　　On February 26, 2016 Plaintiff Jose Trujillo filed the complaint in this matter. Doc. 1. An answer was filed on March 30, 2016. Doc. 6. On July 11, 2016, the parties filed a stipulated dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). According to Federal Rule of Civil Procedure 41(a)(1)(B), the parties' stipulation operates as a dismissal with prejudice.

　　　Based on the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   July 12, 2016   　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1